UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                          2:19-cr-359-ACA-GMB-1

SAMUEL ADAM BUCHANAN,
    Defendant.

## ORDER

On September 12, 2022, the magistrate judge entered a report recommending that the court deny Defendant Samuel Adam Buchanan's two motions to dismiss the indictment because defense counsel had withdrawn them at a hearing. (Doc. 120). Although the magistrate judge advised Mr. Buchanan of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **DENIES** Mr. Buchanan's two motions to dismiss the indictment (docs. 67, 74).

**DONE** and **ORDERED** this October 17, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE