# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** } | | |
| Plaintiff, } | | |
| } | | |
| vs. } | | 2:19-cr-359-ACA-GMB-1 |
| } | | |
| **SAMUEL ADAM BUCHANAN,** } | | |
| Defendant. } | | |

## ORDER

On January 12, 2023, the magistrate judge entered a report recommending that the court grant Defendant Samuel Adam Buchanan's motion to withdraw his guilty plea. (Doc. 130). Although the magistrate judge advised both parties of their right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **GRANTS** Mr. Buchanan's motion to withdraw his plea. (Doc. 21).

**DONE** and **ORDERED** this February 6, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE